1018

THE STATE OF WASHINGTON, *Respondent*, v. LEW ARTHUR FLORENCE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-04175-8, Frederick W. Fleming, J., entered August 19, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

RICHARD MULLIGAN, ET AL., *Appellants*, v. TY SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-08876-1, Kitty-Ann van Doorninck, J., and David H. Johnson, J. Pro Tem., entered October 8, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, J.; Houghton, J., concurring separately.

S.M., *Appellant*, v. R. GRAHAM CROSS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-02770-2, John F. Nichols, J., entered January 13, 2003. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE LEONARD JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05266-7, Frederick W. Fleming, J., entered January 29, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Morgan, J.